[No. 17430-8-II.     Division Two.    February 6, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN
WILLIAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-01032-1, Donald H. Thompson, J., entered
August 10, 1993. *Reversed* and *remanded* by unpublished
opinion per Seinfeld, C.J., concurred in by Bridgewater and
Wiggins, JJ.

[No. 16498-1-II.     Division Two.    February 6, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. TERRENCE
LAMONT GARDNER, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 92-1-00302-1, Leonard W. Kruse, J., entered
October 2, 1992. *Affirmed* by unpublished opinion per Bridge-
water, J., concurred in by Houghton, A.C.J., and Alexander,
J. Pro Tem

[No. 31278-2-I.     Division One.    January 17, 1995.]

T.S. VAIDYANATHAN, *Appellant*, v. ANALYTICAL
METHODS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-22378-5, R. Joseph Wesley, J., entered July
14, 1992. *Affirmed in part, reversed in part*, and *remanded* per
unpublished opinion per Kennedy, J., concurred in by
Grosse, J., Forrest, J. Pro Tem., dissenting.